IN THE UNITED STATES DISTRICT COURT
FOR THE

B-02-006

UNITED STATES OF AMERICA

VS.

JOSE FIDEL TREVINO

Movant

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

United States District Court
Southern District of Texas
FILED

JAN 1 4 2002

Michael N. Milby
Clerk of Court

I, JOSE FIDEL TREVINO, declare that I am the movant in the above entitled case that in support of my motion to proceed without being required to prepay fees, costs or give security therefor. I state that because of my poverty, I am unable to pay the cost of said proceeding or to give security therefor, that I believe I am entitled to relief.

1. Are you presently employed?   Yes [XX]   No [ ]

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer

   Federal Correctional Institution, P.O. Box 9000 Forrest City, Arkansas 72336.

   $ 16.00 per month.

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes [ ]   No [XX]
   b. Rent payments, interest or dividends?              Yes [ ]   No [xx]
   c. Pensions, annuities or life insurance payments?   Yes [ ]   No [xxx]
   d. Gifts or inheritances?                             Yes [xx]  No [ ]
   e. Any other source?                                  Yes [ ]   No [xx]

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months

   I have received $ 300.00 as gifts from my family and friends in the past 12 months.

3. Do you own any cash, or do you have money in a checking or savings account?
   Yes [ ]   No [XX]   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned?

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes [ ]   No [XX]

If the answer is "yes", describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

My family is dependent upon my support; however, being that I am incarcerated, I cannot financially support my family.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date)

_____
Movant

## CERTIFICATE

I hereby certify that the movant herein has the sum of $ __14.04__ on account to his credit at the institution where he is confined. I further certify that movant likewise has the following securities to his credit according to the records of said __None__ institution __Federal Correctional Institution Forrest City, AR__

_____
C.D. Gregory, Counselor
Authorized Officer of Institution