3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE FIDEL TREVINO | * | |
| VS | * | C.A. NO. B-02-006 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-00-276) |

## ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **March 28, 2002**. Said response shall include the transcript of the plea and sentencing record.

DONE at Brownsville, Texas, this 28th day of January 2002.

_____
Felix Recio
United States Magistrate Judge