UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 26 2002

Michael N. Milby
Clerk of Court

JOSE FIDEL TREVINO  *
    Petitioner,  *
   *
vs.  *  CIVIL ACTION No. B-02-006
   *  (Criminal No. B-00-276)
UNITED STATES OF AMERICA,  *
    Respondent.  *

### UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (OPPOSITION UNKNOWN)

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, Respondent herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, respectfully files this its second motion for extension of time to file response to Petitioner's motion under 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal custody.

In support of this second motion for extension, the Government submits that on March 5, 2002, it requested from the court reporter copies of the transcripts of the re-arraignment and sentencing proceedings in the criminal case. To date, the Government has not yet received the transcripts, as such, the undersigned will need additional time in which to submit an answer.

The United States does not seek this extension to cause delay; the United States seeks this extension so that justice may be done.

### STATEMENT OF CONFERENCE

Because the Pro Se plaintiff is incarcerated in a federal prison, the undersigned is unable to contact him to find out his position as to the filing of this second motion for extension.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant its second motion for extension of time for an additional thirty (30) days in which to respond to Petitioner's motion.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

MARK M. DOWD
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554/Fax (956) 548-2711
State Bar No. 06070500
Federal I.D. No. 9314

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing United States' Second Motion for Extension of Time to File Response to Petitioner's Motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Opposition Unknown) was mailed via certified mail, return-receipt requested to Jose Fidel Trevino, Federal Correctional Institution, Prisoner No 77403-079, P. O. Box 9000, Forest City, AR 72336-9000 on this the 26 day of APRIL, 2002.

MARK M. DOWD
Assistant United States Attorney

2