IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS



| | |
|---|---|
| JOSE FIDEL TREVINO § | |
| PETITIONER § | CASE NO. B-02-006 |
| § | CRIM. NO. 1:00CR00276-001 |
| V. § | |
| § | Petitioner's request for leave of Court to amend |
| UNITED STATES OF AMERICA § | and to supplement information in his previously |
| RESPONDENT § | filed "2255" Motion pending in this Court. |

## MOTION FOR LEAVE OF COURT TO AMEND AND TO SUPPLEMENT PETITIONER'S "2255" MOTION

**COMES NOW**, Jose Fidel Trevino, petitioner, acting in propia persona, and respectfully requests leave of this Honorable United States Court to amend and to supplement information in his previously filed motion pursuant to 28 U.S.C. § 2255.

Petitioner believes that this amendment and supplemental information is critical to the Court's decision-making and ruling on his case and for the end of justice to be served.

The respondent will not be prejudiced by this motion because the respondent has not yet filed a response to Petitioner's Motion pursuant to 28 U.S.C. § 2255, and it is the petitioner's request that the Court allow the respondent an opportunity to respond.

A memorandum is attached to this motion which will outline the argument of, Petitioner was not informed by law enforcement authorities of his guaranteed right to Consular access as provided by the Vienna Convention.

Petitioner asserts that his conviction and sentence are illegal and must be vacated so that the end of justice may be served.

WHEREFORE, for the foregone reasons, petitioner prays that this Honorable Court will grant this motion and the relief requested.

Respectfully submitted,

Date: 6-17-02

Jose Fidel Trevino
Reg. No. 77403-079