UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 0 3 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE FIDEL TREVINO<br>Petitioner, | *<br>*<br>* |
| vs. | * CIVIL ACTION No. B-02-006<br>* (Criminal No. B-00-276) |
| UNITED STATES OF AMERICA,<br>Respondent. | *<br>* |

### ORDER GRANTING UNITED STATES' FOURTH MOTION FOR AN EXTENSION TO FILE RESPONSE

CAME ON to be heard the United States' fourth motion for enlargement of time to file its response to Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the government's response be filed on August 5, 2002.

DONE on this the 3rd day of July, 2002 in Brownsville, Texas.

FELIX RECIO
United States Magistrate Judge