**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE FIDEL TREVINO | * | |
| VS | * | C.A. NO. B-02-006 |
| UNITED STATES OF AMERICA | * | (CR. NO. B-00-276) |

## ORDER

On this the 7th day of August 2002, the Court considered Petitioner's Motion for Leave to Amend and Supplement his 28 U.S.C. § 2255 Application (Docket No. 10), and is of the opinion that said Motion should be and is hereby GRANTED.

The Government is ORDERED to respond to the amended application (Petitioner's Memorandum of Law in Support of Petitioner's Motion for Leave to Amend and Supplement His "2255" Motion) by September 5, 2002.

ORDERED on this 7th day of August 2002, in chambers.

_____
Felix Recio
United States Magistrate Judge