

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE FIDEL TREVINO
    Movant-Appellant
                               Civil No. B-02-006
v.                               Criminal No. B-00-276

UNITED STATES OF AMERICA
    Respondent-Appellee

**NOTICE OF APPEAL AND MOTION FOR LEAVE TO FILE AN APPLICATION
FOR A CERTIFICATE OF APPEALABILITY ("COA") PURSUANT TO
28 U.S.C. § 2253(c)**

(I)

**NOTICE** is hereby given that the Appellant, Jose Fidel Trevino, in propia persona, in the above civil/criminal matter, hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Order entered in this cause on November 4, 2002, denying/dismissing the Movant's Writ of Habeas Corpus under 28 U.S.C. § 2255.

Said Order/Judgment was filed in the United States District Court Clerk's Office on November 4, 2002. Entered in the Clerk's Office that 4th day of November, 2002.

(II)

The Movant also petitions this Honorable Court to grant him leave and/or an extension of time to file the required "COA" pursuant to 28 U.S.C. § 2253(c) with a "Brief in Support." See **U.S. v. Kimler, 150 F.3d 429 (5th Cir. 1998).** In support thereof, the Movant will show:

    (i) That he, being a layman in Federal law with the relevant statutes was unaware that he could file an appeal, or appeal the denial of his instant § 2255 motion.

(ii) The Movant has pertinent issues that would make a substantial showing of a denial of a Constitutional right; namely: (a) ineffective assistance of counsel and (b) Due Process violations under the Fifth Amendment of the United States Constitution, which has an Equal Protection component. See, **Bolling v. Sharpe, 374 U.S. 497 (1954)**.

(iii) The Movant submits that, although, ignorance of the law is no defense, condoning it, would be a "miscarriage fo justice," and as such pleads to this Honorable Court for the exercise of its wisdom and jurisprudence by granting Movant an extension of time to file the required "COA" pursuant to § 2253(c).

**WHEREFORE**, the Appellant requests to this Honorable Court to grant him an extension of time so he can file his "COA" to the District Court, thereby proceeding with the instant matter to the Fifth Circuit Court of Appeals.

Respectfully submitted,

Date: 12-3-02

Jose Fidel Trevino.

### CERTIFICATE OF SERVICE

I hereby certify that I mailed an original and one copy of the foregoing motion and/or instrument this 3rd day of DECEMBER, 2002, addressed to:

Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

Jose Fidel Trevino
Reg. No. 77403-079

2