UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JOSE FIDEL TREVINO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-006 |
| | § | CRIMINAL NO. B-00-276 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation be adopted. Furthermore, Petitioner's Application for a Certificate of Appealability is hereby DENIED. The U.S. District Clerk's Office is hereby ORDERED to close this case.

DONE in Brownsville, Texas on this 12 day of Feby, 2003.

Hilda G. Tagle
United States District Judge