25

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 03-40083

---

United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

Plaintiff - Appellee

U.S. COURT OF APPEALS
FILED

FEB 1 2 2003

v.

JOSE FIDEL TREVINO

Defendant - Appellant

CHARLES R. FULBRUGE III
CLERK

*CA B - 02-06*

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of
February 12, 2003, for want of prosecution. The appellant
failed to timely pay docketing fee.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Jodi Rodrigue, Deputy Clerk

FOR THE COURT - BY DIRECTION

DIS-2

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
Deputy
New Orleans, Louisiana
FEB 1 2 2003

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

February 12, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

MAIL
United States District Court
Southern District of Texas
RECEIVED

FEB 1 8 2003

Michael N. Milby, Clerk

     No. 03-40083 USA v. Trevino
     USDC No. B-02-CV-6
            B-00-CR-276-1

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By
     Jodi Rodrigue, Deputy Clerk
     504-310-7718

cc: w/encl:
    Mr James Lee Turner
    Mr Jose Fidel Trevino

MDT-1