UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 2 2003

Michael N. Milby
Clerk of Court

JOSE FIDEL TREVINO

    Petitioner

)
)
)

Vs.

)

Case; CA NO. B 02 006

(Cr NO B 00 276
Judge FELIX RECIO

)

U.S.A.

>>>>>>><<<<<<<<<<<<<<<<<<

MOTION FOR FEDERAL RULES OF CRIMINAL PROCEDURE
Rule 35(a)(b),With Rule 32(a)(1),and
21 U.S.C.A.§ 851(b)Sentencing Compliance

    **Comes Now Petitioner**, JOSE FIDEL TREVINO to so bring this Motion, to the Trial Court Via Petitioner,to this Honorable Court With Federal rules of Criminal Procedure Rules 35(a)(b) for the Sentencing Reduction,with Jurisdiction 18 U.S.C.§ 3742(a)(1) Accordingly,the pursue the Constitutional Rights,and Provisional Under Color of Law,With the Immunitiesand Priviledges,and Showing a Clear Error,with Rule 36(a)(b),in the INTEREST OF JUSTICE,from teh Base Case: U.S. V. KHOURY,62 F.3d 1138,1140-41 (9th Cir 1995); and U.S. V. RUIZ 197 F.3d 773-775-76 (9th Cir 1999).

    Therefore,based to the Facts,on the Case,hold,whth the Trial Courts,that the Government Evaluation,of the Specificed,Migating Factors,must be set forth,in the Record,set the time of Sentenfcing,and in the Immediate Instance,as is recorded this Was not done,as is recorded,will clearly, support: U.S. V. SIMMONS, 537 F.2d 1260,(4th Cir 1240 (4th Cir 1976); U.S. V. HAMMERMAN,528 F.2d 326 (4th Cir 1975).

    The Court has Jurisdiction to Correct,any Sentenbce,so Imposed,Illegally at any Time...See; HEFLIN V. U.S. 358 U.S. 415,3 L.Ed.2d 407,79 S.ct. 451,Where

28 U.S.C. § 2255,Was separately,convicted,and sentenced,for an allegations,in violation of § 2113,and 2113(c),...at 251 F.2d 60,Where the **Great Writ,may move,the Court which imposed,the Sentence,** to Vacate,Set Aside,or Correct the Sentence....adn to a 'MOTION MADE AT "ANY TIME"....is available only...Under Rule 35(a)(b),"AT ANY TIME"...Also U.S. V. HAYMAN, 342 U.S. 205, 96 L.ed.232,72 S.Ct. 263,from an Abuse of Discretion,as in the Immediate Instance,as is recorded tothe Constitutional Violaitons,to Petitioners confirming Trial Courts,Prejduice as Well outragious Conduct,from **JUDICIAL ABUSE§AS IS RECORDED§ON THE VIOLATIONS** of the Requirements that resolves,"FACTUAL DISPUTES"...where the Defendants under Rule 35(a)(b),**To address the Court** or to have Findings,made about disputed,Facts see: U.S. V. VELESQUEZ,748 F.2d 972 (5th Cir 1984).

**Where the Granting  Motion inpart,Rule 35,To address Defendant at Sentencing and to inquire,if Defendant wished to make a Statement,**as Required,by **Rule 32(a)(1).**

As Reported,and Repeatedly,Shwos: U.S. V. KATZIN, 824 F.2d 234(C.A.3rd Pa. 1987),Where the District Court **HAS JURISDICTION,as it is well aware under Rule 35,to Correct,Set aside, A Sentence,Allegedly, imposed,in clear Violation,of Law,in the Immediate Instance,under Color of Law,**and is not in the interest of Justice,is so Defnied,the law,of Justice,and Created,Recorded,by Imposed in Clear Violation,of Rule 32(a)(1) Requirement,that the Court resolve,Factual Disputes,of Presentence,Investigative Reports,or Determine,that the courts,will not rely,on **Disputed FACTS".**

Failure of the District Court to Correct,andFactual Inaccuracy as in the Immediate Instance,as is recorded,from **FAST TRACKING,of Petitioners as is recorded,Mandates,the Immediate Resolving of Petitioners Illegally,Imposed Sentences in Favor of the Immediate Release** Where Presentence,Investigation,Reports and/or Determines,taht it will not reply on Disputed,Facts.

**HEREIN RULE 35(b) Operates..."AFTER" Sentencing....Has been imposed.** It allwos,the Court to Casue,and Create Adjustiment,beneficail favorqable Development; Otherwise obscured,from **JUDICIAL MANIPULATION.**

Both Sections: 5K1.1,and Rule 35(a)(b)...require a **Motion by the Government that with all perspective know is nto going to be forth coming....DUE TO PROSECUTION,**Malicious and Prejducial from the "fast track"...convictions,well Kown,as is recorded,to be False and Illegal from **JUDICIAL CHICANERY,This Constitutional and substantial Change,from the form version of Rule 35(d),Prior to the Implimentation of the Federal Sentence,Within 120 days...After sentence,is imposed,taht before this  Sentence,Motion is in compliance,inview of the Mandated "FACTS"....**being Constitutionally Mandated"Facts",being Constitutional Issues.Where relevant to Petitioners Causes,is recorded,Failure to Properly,inform Petitioner,of the Mandated,Factors to

( 2 )

substantial Assistance,is not defined,in the Statute: See; **U.S. V. MINOR** 846 F.2d 1184,(9th Cir 1988); and **U.S. V. MANBER** 856 F.2d 148(11thCir 1986).

  **Sentencing** Petitioner,is Prayfull tha the Honorable Court will forthwith Grant,and so order the Following Motions,to **Reduce Petitioners SENTENCE§ TO TIME SERVED,MANDATING Immediate RELEASE**,AND Placement to Home Via Electronic Monitor,in the alternate,for Placement,of time,on the Shelf,as is suspended,and time remaining to Electric Monitor,and for any other and all Considerations,to be so granted,Forthwith.

Date: May-18é- -2oo3

### CERTIFICATE OF SERVICE

I, Jose Fidel Trevino does so swear that I have so under penalty of Perjury,(18 U.S.C. § 1621,With Rule 49(b),Fed.R.Crim. P that the foregoing is true,and Correct,and that a copy hs beenplaced to U.S.Mails,Government.

*[signature]* Pro se
JOSE Fidel TREVINO

Box 9000/ 77403-079
Forrest City,Ar.,72336

( 3 )