UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 2 2003

Michael N. Milby
Clerk of Court

JOSE FIDEL TREVINO

  Petitioner-.

         §

Vs.          NO. B 02  006
         §
          CR. NO B  00 276

U.S.A.        §  Judge FELIX RECIO


**MOTION TO DISMISS INDICTMENT----GOVERNMENT
MISCONDUCT AND Pre-INDICTMENT DELAY**


  The Defendant JOSE FIDEL TREVINO  pursuant to the Due Process
Clause, of the Fifth Amendment to the United States Constitution and rule 12(b), of
the Federal Rules of Criminal Procedure, moves, this Court to dismiss the above--styled
Proceeding for govenrmental misconduct, and/or PREINDICTMENT DELAY¶ Defendant
states as Grounds, for said Motion, that:


        A. G O V E R N M E N T A L   MISCONDUCT


  1. Upon Information and belief, the Defendnat was seized on or before, so
recorded date, in Bismark North Dakota without warrant or other legal process
by Officials of that nation, at the urging and with the Assistance, of the United
States Governmental Agency or other United States Govenrment Agents or officals
acting within their official capacities. After his unlawful seizure, which occurred
prior to the return of the indictment in this cause, the Defendant was immediatley,
incarcerated, in Chicago, Illinois, and was held, for a least 20 days without appearing
before any Court, without bond, without the ability to communicate with a lawyer, friend, or
relative and under barbaric and tortuosu physical conditions with the Knowledge
and acqauiexcene of the United States, Govenrmental and other government officials.
ON so recorded date, the Defendant was taken under coercion, into  the custody
of Other Agents on an Jet Airlines, Jetliner, at Midway Airport, and Was subsequently,
transportedd to Canada, Wehre he was again incarcerated until his removal to

Britian London.

    2) During his extended imprionsment at the Same Jail,the Defendant lost approximatley, 60 Lbs,due principally to his subsistence upon little more than sporadic feedings,of bread and Water. The Defendants living conditions,were both physically and psychologically,tortuous and offended all notions,of human decency. Despite the Defendant's persistent concern for the Welfare of his Property,or property under his control before hsiseizure,the Defendants was physcially under his control before his seizure, the Defendant was physically coerced by both Untied States,and Great Britan,agents to board the airplane which transported,him oput of the County. The Defendant was given no indication by either American,or Eurpean Officals of what would happend to the Property left behind or of What remedies where at his disposal. At present ,the Defendant has no knowledge,of the status,of the Property,which he left behind,although he was of the subsequent illegal search and seizure of various items under his control. These items are presently, in the custody of the Goverrnment,which contemplates,their use,at trial as evidence,aginst the Defendant.

    3) The seizure of the Defendant by American,and Other Officials is unconstitutional under the Fourth and Fifth Amendments of the United States Constitution.

## B. UNCONSCIONABLE CONDUCT

    1.) **The Total conduct,of United States Officials and Other officals acting as agents** of United States officials,aor independently, as they relate to the Defendants are of such a nature as to be both shocking and offensive to American notions,of Justice.

    2.) Continued Judicial Proceedigns,in this Cause will make the Court a Party to such illicity and immoral conduct and will cause,it to become negligent in its duty to supervise the administration of Justice,in Federal Criminal Cases brought before,it.

## C. PRE-INDICTMENT D E L A Y

    1) **The Defendant** is charged with Two counts,of alleged Narcotics. The last unlawful aCT§WHICH he is charged,with committing was in so named,Month,and Year,when he allegedly, committed this offense. The defendant was not Indicted,however until so recorded date,or for a period of approximately, 60 Plus Months after the Conclusion,of his alleged activities. Although it appears,that the Govenment

had sufficient information to seek an Indictment against the Defendant as early, as the so named,month,and Year,it **DELIBERATELY,delayed seeking and Indictment,to the extreme PREJUDICE OF Defendants Right to a Speedy Prosecution.**

    2.) **The Defendant is prejudiced,by the Govenrments delay, in that he cannot** effectively, recall the events,or acts,alleged in the Indictment against him,nor can the Defendant effectively, recall the Names of Potential witnesses,that could substantiate his whereabouts,at the time,of thealleged acts.

    3) The Defendants Fifth Amendment right to a Speedy Prosecution has been violated by the Govenrments deliberate delay,in seeking the return,of the Indicmtent in this Cause and its subsequent prosecution of the Defendant for the acts,alleged within that Indictment¶

### D. C O N C L U S I O N

    **Wherefore,the Defendant requests,that this Court enter an Order,**

    1) Pursuant to theaccompanying **Discovery motion,compelling** the Government to provide all information necessary for the Defendant to properly prepare fo the hearing and to **Subpoena such witnesses,to the Hearing as the Defendant may request; and,**

    2) After a full hearing,grant said Motion,and Dismiss the Proceedings,herein against the Defendant,and for anyother and all Considerations,to be forthcoming.

Date:

    May-18-2003               **CERTIFICATE OF SERVICE**

I,   JOSE FIDEL TREVINO        ,DOES SO SWEAR THAT I have so placed under Penalty of Perjury (18 U.S.C.§ 1621,With Rule 49(b),Fed.R.Crim,P that the foregoing is true,and Corerect,so that a Postage Paid,U.S.Mails,Government.

*Jose Fidel Trevino*   Pro-se
JOSE FIDEL TREVINO
Box 9000/ 77403-079
Forrest City,Ar.,72336