UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 2 2003

Michael N. Milby
Clerk of Court

JOSE FIDEL TREVINO

    Petitioner;

Vs.    )

    )

    )

U.S.A.    )

Case::NO. B-02-006
CR. NO B-00-276)

Judge FELIX RECIO

éééééééééééééééééééééééééééé


## MOTION TO DISMISS INDICTMENT FOR ABUSE OF THE GRAND JURY AND PROSECUTORIAL MISCONDUCT

    NOW COMES¡THE Defendant JOSE FIDEL TREVINO Pursuant to Rule 6,7,and 12 of the Federal Rules of Criminal Procedure,and the Fonurth,Fifth, Sixth,and Fourteenth,Amendment to the United $tates Constitution,and hereby Moves,the Court to dismiss the Indictment in its entirety,for Grand Jury Abuse,and Prosecutorial Misconduct. The Defendant bases,this Motion in part upon the Affidavits and Exhibits attached,hereto,and a memorandumof law filed,in support hereof,but demands, a hearinginorder,to be able to fully,and completely, demonstrate the abuses,and misconduct,stated. This Defendant alsomoves,the Court to require the Govenrment to produce,all Grand Jury transcripts,for examination prior to the Hearing ,now tentatively, scheduled,to begin on so recorded date¿ This Defendant furtehr shows,as Follows:

    1) The Prosecutors,JUSTICE DEPARTMENT OFFICIALS¡And the ATtorney Gneral,Violated,**Rule 6(e),of the Federal Rules of Criminla Procedure,by making Extensive disclosures,of Confidential Grand Jury Proceedings,to the Press. TheProsecutors also selectively, Disclosed,Grand Jury** exhibits,to certain Witnesses,in advance,of thei rtestifying inorder,that these witnesses, were better able to prepare to testify,before,the Grand Jury While failing to accord themajority of Witnesses,this Benefit.

2) The Prosecutors committed **Abuse**, of the **GRAND JURY** by deliberatly, withholding from the Grand Jury Material, and Exculpatory evidence, of which they had knowledge, thereby intentionally creating False impressions, of the evidence, to the GRAND JURY;

3) The Prosedutors committed abuse, of the Grand Jury by unjustifiable threatening and intimidating Witnesses, for the purpose, of undermining their credibility, influencing their testimony and deliberatly, creating False impressings with the Grand Jury thereby preventing any independent, and neutral determination of Probable Causae, as Requried, by the **Fourth Amendment**.

4) The Prosecutors committed abuse, of the Grand Jury, subpoena power, by interrogating Grand Jury, and by Using Threats, and other intimation to Force, the Delivery of Documents, and other evidence, to F.B.I.Agents, rather than to the Grand Jury.

5) **The Prosecutors committed abuse, of the Grand Jury** by Presenting evidence, to the Grand Jury in summary form and by Allowing F.B.I; Agents, to identify, and Testify regarding documents, of Which they had no direct knowledge, your Understanding. The Prosecutorws woudl on numerous occasions, summarize evidence, fromdocuements for a Witness who did not have the Documents before him, and then expect, the Witness to testify, regarding such summariies.

6) The Prosecutors committed abuse, of the Grand Jury by Using the Grand Jury in substantialpart, solely, to conduct, discovery and to prepare, the Governments case, for Trial well after the attorneys presenting the evidence, had made a determinatin to seek an indictment.

7) The Prosecutors responsible inpart, for this investigaiton engaged, inhighly improper activity by gratuitously, including Defendant name ina civil complaint, filed in North Dakota, Well knowing that Defendnat alleged involvement was insignificant as Well as entirely, proper, and Well knowing, that the result would be highly, prejudicial prulicity, forcusing primarily, on Defendaht.

8) The Committed Proseuctorial misconduct, by obstructing the Defendants access to at least one key Governemnt witness.

9) The Prosecutors committed Prosecutorial Misconduct by failingto Correct Testimony given to the Grand Jury Which the Government knew was false and misleading------the Governemnt purposely, created, these False impressions, and then Failed, to Correct them.

10) The Govenrment purposely, delayed, the Bringing of this Indictment well after they had concluded, that it should be presented, andmany moonths after the Indictment had already been prepared and in at least one instance, Well after a draft indictment, was shown, to a potential defendant.

11) The overall conduct,of the Government attorneys underminded the role of the Grand Jury to protect innocent,citizens,fromhaving to face unwarranted charges; The Misconduct and GrandJury Abuse,by teh Govenrment attorneys in this matter,has not only,undermiedn,the Integrity and independence,of the Grand Jury system but has denied,this Defendant his Constitutional Rights,to Due Process of law,and to a fair detachedjand unbiased,return,of an Indictment in this matter,requires,that this Indictment be **Dismissed FORTHWITH.**

**Defendant,respectfully REQUESTS,an EVIDENTIARY HEARING,on this Matter,and Motion forthwith in order,thatthe be allowd to present Witnesses,to** testify regarding the above assertions.  Defendnat also moves,thee Court to permit him to review,the Transcripts of the Grand Jury Proceedings,in advance,of this Hearing,so that all Misconduct,can publicily,be brought to light.

 In the LIght. In the alternative,Defendant requries,taht the Court conduct,as **IN CAMERA** of the Transcripts,prior to the Hearing for the Purposes,of Deciding What portions of the Transcript are relevant to the Determinations of What Prosedutorial Misconduct,occurred during this investigations;and the effect of the Misconduct,on the  Grand Jury proceedings.

Date;
 **May-15-2003**

CERTIFICATE OF SERVICE

I, **JOSE FIDEL TREVINO**            DOES SO SWEAR THAT I have so placed
under penalty,of Perjury (18 U.S.C. £  1621,With Rule 49(b),Fed.R.Crim.P,that the foregoing is true,and Correct,so that a postage Paid,U.S.Mails,Government.

_Jose Fidel Trevino_            Pro se
**JOSE FIDEL TREVINO**
Box 9000/**77403-079**
Forrest City,Ar.,**72336**