UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 2 2003

Michael N. Milby
Clerk of Court

JOSE FIDEL TREVINO

Petitioner

Vs.   §         Case: CA NO. B-02-006
      §              (CR.No.B-00-276
      §         Judge FELIX RECIO
U.S.A.

&gt;&gt;&gt;&gt;&gt;&gt;&gt;&gt;&gt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;&lt;

**MOTION TO DISMISS INDICTMENT----PROSECUTION
WAS BROUGHT FOR AN IMPROPER PURPOSE**

   **NOW COMES THE Defendant** JOSE FIDEL TREVINO          and Respectfully moves this Dourt for an Order,dismissing the Indictment against him. In support thereof,the Defendant,states as follows: Fed.R.Civ.Rule 15(a)(b)(c)(2).

   1) The Defendant incorporates,by reference,his Motion to **DISMISS AND TO STRIKE,** and his **MOTION TO DISMISS INDICTMENT FOR ABUSE OF THE Grand Jury** and **PROSECUTIONAL MISCONDUCT HEREIN.**

   2) **Every Count of the Indictment** should be dismissed§because,the office of the comptroller of the Currency----the Govenrment agency charged with execution of the various laws,and regulations,made an extensive investigation,of Banks Overdraft and loan practices,and Concluded,taht Petitioner,has in fact,committed no violations,of the Criminal Law. Subsequently, the Department of Justice,after conducting an Investigation,made a commitment to that it would not prosecute any of the investigated activities. In violation of this commitment,and without any proper justificaiton,the Government placed before,the Grand Jury a mass of Prejudicial information relating to the activities barred from prosecution by the commitment. This mass of information so improperly,prejudiced,the Grand Jury and so vitiaged,its independence,that Petitioner,had been denied,his right to be free from indictment except by an impartial finding of **PROBABLE Cause** as guaranteed by **THE FOURTH AND FIFTH Amendment** to the Constitution of the **United States.**

3) **Every Count of the Indictment should** be dismissed,because,the Prosecution was brought selevively,and for an **IMPROPER PURPOSE¶**

4) **Count One,of the Indictment should be dismissed because it contains** an Overwehlming number of Prejudicial allegations,barred fromprosecution by the Government's commitment not to prosecute.

5) Counts Four,six,Seven,and Eight should be dismissed because,they are barred fromprosecution by the Govenrment's commitment not to prosecute.

Wherefore,the Defendant respectfully requests,the Court to enter an Order,dismissing every Count of the Indicmtne or,in the Alternative,dismissing certain counts,of the Indictment and granting such other and further relief,as is proper and just¶

Date::

May-18-2003              certificate of service

I, JOSE FIDEL TREVINO       ,does so swear that I have so placed under penalty of Perjury (18 U.S.C. § 1621 with Rule 49(b),Fed.R.Crim P.That the foregoing is true,and correct,so that a Postage Paid,U.S.Mails,Governemnt.

*Jose Fidel Trevino* Pro se
JOSE FIDEL TREVINO
Box 9000/ 77403-079
Forrest City,Ar.,72336