UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE Divison

United States District Court
Southern District of Texas
FILED

MAY 2 7 2003

Michael N. Milby
Clerk of Court

JOSE FIDEL TREVINO

      Petitioner

      %

Vs.      %      Case; C.A. No.B 02 006

      %      CR. NO.,B. 00 276

      %      Judge FELIX RECIO

U.S.X.

=====================

## MOTION TO VACATE JUDGMENT AND PLEA

    PLEASE TAKE NOTICE,THAT TEH ANNEXED DULY Verified,affidavit,of JOSE Fidel Trevino  and upon all of the papers,and Proceeding,had herein,the undersigned,will move,this Court at Part,II,thereof,to be held,at the Courthouse located,U.S.Courthouse,BROWNSVILLE, 604 E.Harrison,Brownsville,Tx.,on June-15-2003 at 10:00 A. M. or as soon,thereafter as Counsle can be heard,for an Order,Vacating the Judgment herein convicting the Defendant of the Crime,so alleged and Sentencing him to imprisonment,for a Termof not less thatn Ten years,normore than 15 Years; and for a further order,granting leave to the Defendant to Withdraw his Plea of Guilty to said Indictment,adn to interpose thereto a Plea of Not guilty,and for such other,adn furthe rrelief,as to this Court,may seem  just,and Proper.

Date;May-18-2003

### CERTIFICATE OF SERVICE

I,JOSE FINDEL TREVINO,do so swear that I have so placed a copy,to U.S.Mails,to THE Govenrment,having done,so udner peanlty,fo Perjury (18 U.s.C. £ 1621,With Rule 49(b)Fed.R.crim.P,taht the foregoing is true,and Correct,and that a copy has been placed to the U.S.Mails,Accordingly.

_____ Pro se
JOSE DIDEL TREVINO
Box 9000/77403-079
Forrest City,Ar.k,72336

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

JOSE FIDEL TREVINO

       Petitioner,

       ¢

Vs.      ¢      Case; C A NO. B 02 006

       ¢          CR.NO., B. 00 276

       ¢

U.S.A.

## DEFENDANTS AFFIDAVIT IN SUPPORT OF MOTION
## TO VACATE JUDGMENT AND PLEA

I, JOSE FIDEL TREVINO, being duly sworn, Deposes, and Says:

1) I am the Defendant, herein and Made this application to Vacate MY PLEA OF Guilty, and Subsequent sentence, and to interpose a PLEA OF NOT GUILTY, to the INDICTMENT HEREIN.

2) I was indicted, as is recorded, to the Given date, charged, with the allleged Offense, upon the Person of Affirmation, on given Date, so recorded. I Pleaded Guilty, to that Charge, so grounded to **PATHETIC ADVISE, FROM AN Ill-Equipted, Counsel, Who was hard Pressed** to a Guilty Plea, absent all Justification on Given Date.

3) I did not want to plead guilty to this Charge, because, I felt, I had a Valid Defense, of Self-Defense, so grounded to the Facts. However, my Attorney, the Assistant District Attorney, **and THE COURT, RECOMMENDED, that I plead Guilty!** They assured, by several times, that "IF I PLEAD GUILTY", there would be NO FURTHER Prosecution, and Sentence, for any Crime, arisign out of this Alleged Allegations. They Said the Guilty Plea would end, everthing, and that I would have no further problems, or Worry, withthis incident.

4) Based, upon these Promises, by my Counsel, the Assistant District Attorney, and the Court, I pleaded guilty on so recorded date. Thereafter, on this given date, I was sentenced to a Good Number of Years, of incarceration.

5) ON so recorded date, the Alleged Victim, of the Assautl, died and I was re-indicted for Murder, in teh First, notwithstanding, the aforesaid promises, made to me.

6) Had these promises,not been made to me,I would have never Pleaded guilty but would have had my trial,and Presented,by Defense.

Wherefore,I respectfully request,that the Judgment of Conviction,herein,be vacated,and that I be permitted to Retract My Entire Disposition,to the Court henceforth,and that an Entiely, New Trial be implimented,in the alternative that this Petitioner,be HENCEFORTH,be Immediately,Released,and that this entire Matter,be **HENCEFORTH EXPUNGED,FROM THE RECORDS,and that any other and all considerations,be henceforth,implimented,forthwith.**

Date;May-20-2003

Certificate of Service

I,JOSE FIDEL TREVINO,do so swear that I have so placed a copy to the U.S.Mails,to THE GOVERNMENT,having done,so under penalty of Perjuty (18 U.S.C. £ 1621,With Rule 49(b),Fed.R.Crim.P, that the Foregoing is true,and Correct,and that a copy has beenplaced to the U.S.Mails,Accordingly.

_____ Pro se
**JOSE FIDEL TREVINO
Box 9000/77403-079
Forrest City,Ar.,72336**

( 2 )