UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 2 7 2003
Michael N. Milby
Clerk of Court

JOSE FIDEL TREVINO,.
    Petitioner
)

VS.    )    Case; C.A. NO.B 02 006·

)    Judge FELIX RECIO

U.S.A.    )

========================

### MOTION FOR SUBPOENA DUCES TECUM

    The Defendant JOSE FIDEL TREVINO ,by and Through Respectfully Move,the Court Pursuan tto Rule 17(c),of the Federal Rules of Criminal Procedure,for an entry of an order,directing that the Attached,subpoenas,addressed,to be returnable before,the Court onor before,so recorded,date and further,directing that the Books,papers,records,and documents,described,in said subpoenas,upon their production by available for inspeciton,and/or copying by the parties,and their attorneys.

    IN SUPPORT THEREOF,MOVANTS¡STATE¡THAT THE Books,papers,records,and documents described in the attached,subpoenas,are potentially,evidentiary,in nature,that each of the Defendant lacks access to these items,from any other sources,and that an Order,directing production, of these items,prior to trial will expedite the trial,of this Cause,and Facilitate,the introduction,of material and RElvent,evidence,during thecourts,thereof.

Date: May-20-2003

### CERTIFICATE OF SERVICE

I,JOSE FIDEL TREVINO  , does so swear that I have so under Penalty,of Perjury,(18 U.S.C. £ 1621,With Rule 49(b),that the foregoing Fed.R.Crim.P,foregoing is trueand Correct,and the has been placed to the U.S.Mails,Governmenmt.

            Pro se
_____
JOSE FIDEL TREVINO
Box 9000/ 77403-079
Forrest City,Ar.,72336

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

JOSE FIDEL TREVINO

        Petitioner

        )

Vs.    )    Case; C.A. NO. B 02 006

        )    Judge FELIX RECIO

U.S.A.    )

        6666666666666666

DEFENDANTS AFFIDAVIT IN SUPPORT OF MOTION
FOR SUBPOENA DUCES TECUM AND OTHER DISCOVERY

I, JOSE FIDEL TREVINO, being duly sworn, deposes, and Says;

1) I am the Defendant, in the Above-entitled, action, and am fully familiar with the Facts and Circumstances, of the case.

2) I make this Affidavit in support of Defendants pretrial motions (a), To Cause, the Govenrment to more fully articulate the Nature, of its accusation against the Three Defendants so that they may prepare an adequate defense; and (b) To Provide the Defense, with an Opportunity to proceed, expeditiously, and sensibly, at Trial, in the Conduct, of Cross examination, and Sensibly, at Trial in the Conduct, of cross-examination, and Submission, of Defense, evidence. RUSSELL V¿ UNITED STATES, 369 U.S. 749 (1962).

3) The Govenrment has made available to the Defense, Elevan Insurance Company files, pertaining to the First Eleven Counts, in the Indictment. The Defendants are able to learn from these Files, the Names, of the Personal injury Claimants, the attorney or Attorneys, handling the claims, and the Doctor, or Doctors, who made examinations, and submitted bills, and Reports. In additioi, the Defense, should be able to glean from these files, the Medical bils, and reports, which were submitted, to the Insurance Companies. However, the files, submtited, by the Government to not unable the Defense, to prepare adequately, for trial, in Two Areas.

4) First, The Scheme and conspiracy described, in the Indictment, encompasses, for more than the eleven Personal injury claims, which have been made known to the Defense. In a case, of this nature, the Defense, must be alert to proof, of

Other so-called,offenses,falling within the described,scheme or the alleged conspiracy in order,to adequately,**PREPARE FOR TRIAL.UNITED STATES V; RODRIGUEZ 799 F.2d 649 (11thCir 1986)(purpose of** Discovery Rule is to protect defendants Right to Trial).

5) An examination of the eleven files,submitted,by the Govenrment has disclosed,that most,If not all,of those Personal injury claims,were handled by Various Parties,not by the Defendant. Thus,Management does not have in his Possession,a complete File refiled in this activities,or interest,if any,in these cases. As a Consequences,Production,of these files,is necessary to enable Petitioner,and the other Defendants,to prepare for their Defense,and to Prepare for the introduciton,into evidence,orf Relevant documents,contianed,within these files. As a consequence,the Defendants have moved,for discovery and inspection of these files,if they are mvoed,for discovery,and inspection of these files,if they are within the possession,of the Govenrment and for a pretrial subpoena upon Management,and Various Parties,if the Files,are within their Possession.

6) IN either situation,the matters,sought by the Motions,are **ABSOLUATELY; NECESSSARY,to enable the** Defendnats,to prepare an adequate defense,and,as we have so aid,to expedite and facilitate,the Introduction,of Defense,evidence,at trial.

## MOTION FOR SUBPOENA DUCES TECUM

7) **The Defense has moved,for an Order,PUrsuant to Rule 17(c)** of the Federal Rules of Criminal Procedure,authorizing the issuance,of three Pretrial subpoenas duces tecum.

8) The **Subpoenas,Request production of** Books,records,documents,wriignts,and objects,whicha re,or may be **EVIDENTIARY.** The purpsoe,of these"PRETRIAL" subpoenas,is to enable the Defendants and their attorneys,to determine,whether they can use,the Described,Materials,in their defense,of the Indictment,and whether they want to use,said materials,**BOMAN DAIRY COMPANY V; UNITED STATES,** 341 U.S. 214,220 n. 5(1951).

9) The Materials,requested,in the Subpoenas,are obviously relevant in that they pertain directly,. to the Charges,in the Indictment,concerning the representation,of Defendants clients,by Actions,the Performance,of investigative and other services,by various parties,for the Defendants and the examinations of Defendants and rendition,of bils,and reports,by the Parties. The Materials, also containpotentially,evidentiary items,relative to the Defendnats noninvolvmeent,in fraudulent conduct.

( 2 )

10) The Defendant cannot prepare his defense to this specific portion, of the Charge, without such advance, productins, and inspections. Allowing the Defendant, advance, inspection will avoid long period of delay during Trial, that would occur if the Defendant were requried, to examine these docuements, and digest their contents, as they were Produced, at that time. It is estimated, that there are hundreds, of such documents, that must be inspected, and digested.

11) The Time Period, covered, by the Subpoenas, relates, to the time, during which the Defendnats are alleged to have engaged, in the Scheme described, in the Indictment, and to have conspired.

12) This Application, is made inGood Faith, and is not intended, as a **GENERAL FISHING EXPEDITION".....and is necessary for the preparation and conduct of the** Defense, and to avoid delay, during trial.

### MOTION FOR DISCOVERY AND INSPECTION

13) **Defendants Motion for Discovery and Inspection seeks statements, made to Others then Government Agents, by the Defendants** andStatements, discoverable regardless of how they are obtained, Whether surreptitiously, or voluntarily.

14) In this regard, it should be noted that statements, to Petitioenr, and Others subsequent to the Time, they became **"Witnesses," for the Govenrment, should be Proddcible pursuant to the Rule pertaining to a confernce, between the Parties.  Statesments, by** These Defendnats made to these Witnesses, prior to that time, as Well as statements, to all other persons, are called, for by this motion.

15) Also, this motion, and the Rule 2.04 Agreement, would call for the Production, of any conversations, between any one, of thse defendants, and any other Persons, Which were recorded.

16) The Motion Discovery also requests, inspection, of Various Documents described, in the Indictment, Which are in the Possession, of the Govenrment. These requests, do not include insuracnce Companyfiles, alreadymade available to the Defense.

### MOTION FOR BILL OF PARTICULARS

17) This Motion frankly, seeks discovery of other Alleged Offenses, incorporated within the Scheme or Conspiracy described, in the Indictment. **Will V. UNITED STATES** 389 U.S. 165 (969); Cf. **WONG SUN V; UNITED STATES,** 371 U.S. 471 (1963).

It is to be noted, that giving these Particulars will not change the Govenrments evidence, not will the Govenrments Proof, be weakened, in any respect, by more specific allegations, of Fact.

### MOTION FOR HEARING TO DETERMINE TAINT

18) IN Substantce, this Motion Merely, requests, on behalf of Defendant, Others and his employeee, ahearing to Determine, What TAINT....if any, resulted, from the Government's illegal Seizureof Defendant and others Files. ALDERMAN, V; UNITED STATES 394 U.S. 165 (1969); Cf.

19) JUDGE'S Court's ORder, Declaring this Seizure, Illegal, Suppressing the Evidence, and ordering his return, to the Defendant, already has determined, the Issue, of the Legality of the Search. Silverthorene LUMBER COMPANY, Inc., V. UNITED STATES 251 U.S. 385 (1920). Thus, these Defendants ask no more than a Pretrial hearing to establish, if possible, if possible the Pressence, of a "TAINTED" source, for any evidence which the Government purposes, to introduce.

WHEREFORE; I respectfully request, that this Court order, the Relief, sought by the Defendant, in his Pretrial motions, specifically;

1) To issue, a subpoena duces tecum to Petitioner, for the Production of the Material, sought;

2) To Order, the Discovery and Inspection of (a) All Statements, made by the Defendnat within the Knowledge, of the Prosecution, (b) Any other recorded, conversations, of the Defendant, and (c) All Documents described, in the Indictment, not heretofore, disclosed, to the Defendant.

3) To hold a Hearing to determine, Wjhat TAINT, resulted, from the Illegal Seizure, of Defendant and others Files, and for such other and further relief, as to this Court may seem just and Proper.

Date; May-20-2003

### CERTERFICATE OF SERVICE

I, JOSE FIDEL TREVINO, does so swear that I have so under Penalty of Perjury (18 U.S.C. £ 1621 with Rule 49(b), that the Foregoing Fed.R.Crim.P, is true and correct, and he has been placed to the U.S. Mails, Government.

_____ Pro se
JOSE FIDEL TREVINO
Box 9000/77403-079
Forrest City, Ar. 72336