UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 7 2003

Michael N. Milby
Clerk of Court

JOSE FIDEL TREVINO
    Petitioner

Vs.

U.S.A.

)
)
)
)
)

Case: C.A. NO. B 02 006
      CR. NO. B 00 276
Judge
      FELIX RECIO

>>>>>>>><<<<<<<<<<<<<<<

## MOTION TO DISMISS INDICTMENT --DUPLICITY AND VAGUENESS

    Defendant JOSE FIDEL TREVINO ,hereby Moves, the Court pursuant to Rule 12,of the FederalRules of Criminal Procedure,for an Order dismissing the Indictment on the Following Gounds.

    1. Count 1,of the Indictment is duplicitous.

    2. The Indictment is improperly, vague,confusing and otherwise in violation of Federal Rules of Criminal Procedure 7(c)(1).

    This Motion is based upon all of the Files,and Records,herein and the incorporated Memorandum hereafter presented,to the Court¶

## MEMORANDUM

    An Indicment; is DUPLICITOUS,if it alleges more,than One,offense in a Single Count. Gerberding V. UNITED STATES,471 F.2d 55,(8th Cir 1973). ther Problems Created,by Duplicitous Indictment were described by One Appellate court as follows:

> The vices of duplicity arise,from breaches,of the defendant's Sixth Amendment to a knowledge of the Cahrges agaisnt him,since conviction on a DUPLICITOUS COUNT§COULD be obtained,without a unanimous verdict as to each of the offenses,contained,in the count.....a DUPLICITOUS INDICTMENT also could eviscerate the Defendants FIFTH AMENDMENT PROTECTION against double jeopardy,because of a lack of clarity concerning the offense for which he is charged,or conviced UNITED STATES V¶ AGUILAR 756 F.2d 1418,1420 n.2 (9th cir. 1985).

In the instant multi-defendant conspiracy case, the Govenrment has alleged one large conspiracy where several separate conspiracies may exists.

It is improper for the Government to frame a single conspiracy charge, when arbuably, multiple conspiracies, are involved? See: UN ITED STATES V٩ DUARDES§607 F.2d 818 (9th Cir 1979), UNITED STATES V٩ GRIFFIN, 464 F.2d 1352 (9th Cir 1971(,cert.Denied, 409 U.s. 1009 (1972).

As a General rule, DUPLICITOUS CONSPIRACY charges, are impermissible; KOTTEAKOS v. United states, 328 U.S.750 (1946); UNITED STATES V٩ ORZECHOWSKI,547 F.2d 978,986 (7th Cir 1976),Cert.Denied,431 U.S. 906 (1977). The rationale for dismissing a Single conspiracy Count which in fact, contans, multiple conspiracies is based on the concept of impermissible variance, of proof, at trial. See; Stirone v. UNITED STATES, 361 U.s. 212 (1960). Duplicitous Indictments can prevent Jurors from Acquitting on a particualr charge because, they decide to convict on another charge, which is improperly, lumbed together in a single count¶ Where such a situation occurs, it is also impossible to determine, whether all Twelve jurors, unanimously, agree that the Defendant has committed even oe of the separate offenses, contained, within the DUPLICITOUS Count. UNITED STATES V̧. UCO Oil Company ,546 F.2d 833 (9th cir 1976),cert. denied, 43o U.s. 966 (1977). A Duplicitous charge further pPrejudices, the Defendantat trial because, evidentiary RULEINGS Permitting evidence, to come in as to one, of the Seperate offenses, may be inadmissible on one, another. UNITED States V. PAVLOSKI,574 F.2d 933,936 (7thCir 1978); UNITED STATES V٩ UCO Oil Company,Supra ,at 835.

Once DUPLICITY IS ESTABLISHED§in order to avoide a variance, of proof, the Trial court msut at a minimum order, the Govenrment to elect, between the separate offenses, joined, in the one Count UNITED States v. DROMS§566 F.2d 361,363 n.1 (2d cir 1977); RENO V. UNITED STATES 317 F.2d 499,502 (5th cir), cedrt.Denied 375 U.s. 828 (1963). If the actionby the Government to elect between the separate offenses, is one, of substance, which alters the nature, of the charge, brought, against the Defendant, it is violative of the Defendants Fifth Amendment right to stand Trial only, on Charges,.Which have been presented,to Grand Jury. Aguilar,Supra,.756 F.2d at 1423. See; UNITED STATES V٩ MILLER 715 F.2d 1360,(9th Cir 1983)(deletion of one, of the allegations, change the Indictment to charge a lesser included, offense, for Which a Grand Jurymight not have indicted).

The Instant case, details, the overt acts, by the Various defendants in various Combination, to allegedly, defraud, the Government with Respect to Four separate proposals. MOreover,the Indictment in 155 overt acts describes,alleged activities of Co-defendants or alleged uinindicted,Co-conspirators that donot contribute to A SINGLE CONSIIRACY,because,factors,such as the nature

of the scheme,identity of the parties,and commonality of time,and goals do not point to one single conspiracy. UNITED STATES V¶ ZEMEK,634 F.2d 1159,1168(9thcir 1980),cert.denied, 450 U.1s. 916 (1981).

Count I,of the Indicmtment SHOULD BE HENCEFORTH BE DISMISSED§WITH RESPECT TO DEFENDANT.JOSE FIDEL TREVINO    ,and for any other and all considerations tobe henceforth GRANTED¶

Date; May-20-2003

### Certificate of service

I,JOSE FIDEL TREVINO, Do swear that under Penaltiy of Perjury ( 18 U.S.C.§ 1621,With Rule 49(b),Fed.R.CrimP,that the foregoing is true,and correct,so that a postage Paid,U.S.Mails,Govenrment

_____ Pro se
JOSE FIDEL TREVINO
Box 9000/ 77403-079
Forrest city,Ar.,72336

( 3 )