`3 6`

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 8 2003

Michael N. Milby
Clerk of Court

JOSE FIDEL TREVINO

     Petitioner,

      §

Vs.          §       CAse; C.A. NO.B,-02 - 006
                            CR. NO. B.- 00-276

          §

U.S.A.       §

==========

## NOTICE OF MOTION FOR DISCOVERY

    PLEASE TAKE NOTICE,THAT Upon the annexed Affidavit OF JOSE FIDEL TREVINO
the Defendant,will so Move, the Honorable Court AT A DATE,AND Time,convenient
to the Court,for an Order,Granting the Following Relief:

    1) Directing the Govenrment to Permit the Defendant,pursuant to Rule :
16,Fed.R.of Crim.P,to discovery and Inspection;

        a) A List,of the Names,and Addresses,of any and all Witnesses,Whom
the Govenrment intends to call to testify,on its behalf,at the trial,of
the above.Captioned,Case; or in the alternative.

        b).A List of Names,of Such witnesses,Whom,the Govenrment
together,with the institution(s) at which any such witness is incarcerated,Whether
ornot located,in the Northern District of Florida,or,in the alternative;

        c) A List of the Names,of any such witnesses,now in the Protective
Custody,of the Government.

    2) Directing the Govenremnt,todisclose to the Defendant whether or
not any Co-Defendant in this Case,has become,a cooperating Individual.

    3) Directing the Government,to disclose to the Defendant,substantially,
in advance,of Trial,any and all Information,now in its Possession,of Which
through the exercise,of due diligence,could be brought within its Possession,Which
Will have obvious value,to the defense,in impeachign the credibillity,of any
Govenrment witness,cincluding but not limited,to any,and all promises,made

by any agent,of employee of the United States Government or any other law
enforcement,Agency,State,or Federal to give or bestow anything of value,to
any Govenrment witness,exchange,for his prospective testimony against the
Defendant and any and all records,of criminal Activity,on the part,of any
Govenrment witness whether or not any such record,may now be in the hands,of
the United States Govenrment any State,or political subdivision,thereof,any
foreign country or any international police Agency;

       4) Directing the Govnment to include,within its Bill of Particulars
in the above captioned,case,the Names,of any and all Persons,known to be
present at the time,and Place of any of the overt acts,alleged,in the Indictment,herein.

       5) **SUPPRESSING any and all Evidence,obtained,at a Result
of the Illegal Arrest,of the** Defendant together,with any and all Evidence,obtained,by
the Government through the exploration,of That Primary Illegality;

       6) Granting leave,to the Defendant,to make such other,and
further motions,as may be appropriate,upon the Governments compliance,with
any order of this Court grranting the Releif.sought in subparagraphs.1,2,3,and
4 above,and ....

       7) **Granting such other,and further rlief,as to the Court
may seem Just and Proper.**

**Date;May-24-20o3**

### CERTIFICATE OF SERVICE

I,JOSE FIDEL TREVINO,do so swear that under Penalty of Perjury (18 U.S.C.
£ 1621,With Rule 49(b),Fed.R.Crim.P,Rule under Penalty,of Perjury,that the
goregoing is true,and correct,and that a copy, has beenplaced to the U.S.Mails
Govenrment,

_Jose Fidel Trevino_ Pro se

JOSE FIDEL Trevino
Box 9000/77403-079
Forrest City,Ar.,72336