```
                    UNITED STATES DISTRICT COURT          United States District Court
                    SOUTHERN DISTRICT OF TEXAS            Southern District of Texas
                    BROWNSVILLE DIVISION                           FILED

                                                              MAY 2 8 2003

JOSE FIDEL TREVINO                                          Michael N. Milby
                                                             Clerk of Court
        Petitioner

                    )
                    )
Vs.                 )            Case; C.A. No. B -02 - 006
                    )
                    )            CR. NO.B-00-276
                    )
U.S.A.              )
                    )
                    ============================
```

### MOTION FOR PRODUCTION OF Statements OF WITNESSES

NOW COMES,THE Defendant JOSE FIDEL TREVINO,and Respectfully Moves,this Honorable Court,to Order,the Government Produce,any Pretrial Statements,made by a Potential Govenrment witness in this matter,Which may be admissible AT TRIAL.

### A U T H O R I T Y

UNDER 18 U.S.C. £ 3500,the Defendants is entitled,to JENCKS Act,Statements after the Witness,had completed,his or her testimony on Direct Examination. Courts Have,on a Case-by-case basis,invoked,their discretion,to require,production,of the JENKS ACT,statements,in advance,of the trial,so that Unnecessary Delays,will not take place during the Course of the Trial. See: E.g.UNITED STATES 359 F.Supp. 431,439(N;D.Ohio 1973). It is partcularly apprpriate in a case,such as This,Where the Government has conducted the investigation,over an extremely,extremely, extended,period.of time,for these Statments ,,to be made available now in order,that Defendants,Counsel,will not be requried,to incure Prejudicialdelays,While statements,are being read,digested,and a follow-Up,investigations,is being conducted. It is anticipated,that there may be over One,Hundred (100) Such Statements,which will requrie,a Significant amoung of time,to thoroughly, digest.

In that connection,the Government to deliver to the Defendant at least Thirty(30),days,prior to the Date,of Trial The following:

1) The Written statements,and/or Writings of all Witnesses,Whom the Government,intends,to call in Supportof its Case,in Chief.

2) In accordance,With The Decision,of the Supreme Court of the United States GOLDBERG V; UNITED STATES 425 U.S. 94(1976),the notes,and memoranda made by the Government Counsel,durin the Interviewing of Witnesses,whom the Govenrment intends,to call in Support of its Case,in Chief.

3) Production,of all Grand Jury Testimony,of Witnesses,Whome the Govenrment intends,to call at the time,of Trial.

4) **MEMORANDA, of any** Oral Statements,Which have been given by Witnesses,Whom the Covernments intends,to call ,at the time,of Trial.

5) Because,the Courts have Consistently,recognized,that in the Management,of trials.material under 18 U.S.C. £ 3500 (a),should be turned,over the Defense,prior to trial,the Defendant askes,this Court to invoke this sensible and liberal construciton to 18 U.S.C. £ 3500,to insure that the Defendant recieves,a Fair Trial,and to provide,**JUDICIAL ECONOMY;**

6) The Government has objected,to that Portion,of the Instant Motion,Which requests,Production thirty (30),days,prior to Trial.

Date: May-24-2003

CERTIFICATE OF SERVICE

I,JOSE FIDEL TREVINO do so declare that Under Penalty,of Perjury (18 U.S.C.1621, £ with Rule49(b),Fed.R.Crim.P,that under penalty,of Perjury that the foeregoing is true,and correct,and that a copy has beenplaced,to the U.S.Mails,Government.

*[signature]* Pro se
JOSE FIDEL TREVINO
Box 9000/77403-079
Forrest City,Ar.,72336

( 2 )