UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 28 2003

Michael N. Milby
Clerk of Court

JOSE FIDEL TREVINO

    Petitioner

Vs.   (

     (   Case; C.A. No. B-02-006

     (   Judge

U.S.A.   (

## MOTION TO VACATE PLEA OF GUILTY AND SENTENCE

    PLEASE TAKE NOTICE, THAT Upon the annexed duly verified, Affidavit, of Petitioner, and all the Proceedings, had herein, the undersigned, will move, this court at a Term of Motins, thereof, on June-15-2003, at 10:00 A.M., or as soon, thereafter as Counsel, can be heard, for an Order:

    (a), Vacating the Defendants "PLEA OF GUILTY, Herein:

    (b) Vacating the Sentence, Imposed, upon the Defendant by the Trial court, and :

    (c) Directing that the Defendant be rearraigned, to plead to the Indictment herein.

Date: May-21-2003

Certificate of service

I, JOSE FIDEL TREVINO   , do so swear that Under peanlty of Perjury(18 U.S.C. £ 1621, With Rule 49(b), Fed.R.crim.P, that the Foregoing is correct, and True, and that Petitioner, has so placed to the U.S.Mails, A Copy, to the U.S.Govenrment.

_Jose Fidel Trevino_   Pro se

JOSE FIDEL TREVINO
Box 9000/77403-079
Forrest City, Ar., 72336

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOSE FIDEL TREVINO
   Petitioner
    %

    %
VS.         Case. C.A. NO. B.-02-006
    %
             CR. NO.B.-00-276
    %
U.S.A.
    %

## DEFENDANTS AFFIDAVIT IN SUPPORT OF MOTION
## TO VACATE PLEA OF GUILTY AND SENTENCE

I, JOSE FIDEL TREVINO , bein Duly sworn, deposes, and Says:

1. I am the Defendant,To this Case,and so make this affidavit in support,of an applicaitoin,for an Order,of this Court.
  a) **VACATING Defendants PLEA,OF GUILTY HEREIN:**
  b) Vacating the Sentence,imposed,upon Defendant,by the Court,and
  c) Directing that Defendant re rearraigned,to Plead to the Indictment,herein.

2) The Application is based,on the Following Grounds:

  (a),That from the time,of his arrest,Until Petitioner,became impositioned of sentence,the Defendant although nominally represented,by Counsel,was deprived,of the Effective aid,and Assistance,of Said counselbecause,of the Length of the Possible minimum sentence,that might be imposed,upon him. The representaiton,was false; the Defendant had not been so advised.

  (b) That the Defendants Plea of Guilty,was accepted,by the Court,in Clear Contravention,of the Rules,and Conditions,of Rule 11(c)(1),where a Plea-rests,in any significant degree on a Promise or agreement,of the Prosecutor so that it can be said to be part,of the inducement,or consideration,such promise must be fullfiled.

On the express representaiotn,by his then arrorney,a representation elicted,by the Court .....that the Defendant had ben "IN FACT" advised of the length of the Possible minimum ssentence,that might be imposed,upon him. The Representation,was False; the Defendant had not been so advised.

(c) That the Record,of the Proceedings,had herein,Particularly,the Minutes,of the Defendants orignianl Plea,of not guilty,and his subsequent plea of Guilty,As WelL as the Minutes,of the Sentence, are incomplet,and defectinve thereby amounting to a denial of Due Process,to the Defendnat,in that these Minutes,do not contain Spanish Translation,fo the Proceedings,including the Colloquy,of Court or Counsel,for the Peaople,and the Defendant and allouution,by the Court and the Clerk,and the Defendants responses,thereto which took place,when the Defendants **PLEAS** were taken and sentence,Was imposed.

3) The Defendnat was about 20 Plus years,of Age,when he was arrested,was born,in Mexico. He has been suffering from various Illnesses,manifested,byh the Very Low Body,funcitons. His native,and Only Language is Apanish. He is just able to Write,Read,and Speak or understand some English.

4) ON the So recorded,date,the Defendnats was arrested,in Conncection with robbery committed earlier,that day. Subsequently, he was indicted,on charges of Robbery,Grand Larceny,assault,criminally,buying and Receiving Stolen Property,and Criminally, concealing buying and Receiving Stolen property,and Criminally and Withholding stolen property.

5) His family, retained,an Attorney,so named,Esquire,to represent him. I am advised,that Counsel **does not speak,Write,or UNDERSTAND SPANISH. As Previously indicated,the Defendant does not Read,Speak,or Write,much less at this Point UNDESTAND ENGLISH.**

6) **AT No time....did or could Counsel,and the Defendant confer,or consult,With Each other intelligently,or intelligibly,with Respect,** to the Charges,in the Indictment,or the Defendants,Position,or defense,With Relation **THERETO,or with Respect,to his Plea,or pleas,or the Sentence,**Which he might recieve. More Particualr,to his Plea,or Pleas SO NAMED,Counsel.....and the Defendant...**NEVER CONFERRED, as is recorded...at any time...concerning the seriousness of These Prepostorous Allegations,When his Pleas of NOT GUITLY,and guitly were enteredand when sentence was Imposed,showing a Clear Abuse of Discretion,by the Trialcourt,with PREJUDICE. Neither could under stand the other, so that Counsel,representation,was Clearly, Ineffective,by Failures,to subscribe to an INTERPRETER...that should havebeen CLEARLY,INEFFECTIVE ASSISTANCE,OF COUNSEL.**

7) As Page Soindicated,of the Change, of Plea Minutes,the Following Colloquy Appeals:

( 2 )

> The Court : NOW Mr. Counsel, as this Defendants ATTORNEY,hve you advised,him,as to What the Minimum Sentence might be ina Plea of Robber in the First Degree??
>
> COUNSEL:  Yes,YOur Honor.
>
> The Court: YOu have advised,him,that it might be Ten Years,minimum?
>
> Counsel:  Yes,Your Honor:
>
> **THE Court:  All Right.**
>
> **Withdrawal) of Plea of guilty,or NOLO CONTRENDER After Sentence,under Rule 32(d),of Federal Rules of Criminal Procedure.9 A.L.R. FEd.309.**

    8) **The Defendant,however,Was never,**in fact,advised,by Counsel,that the minimum Sentence, was ten years.  Since the Court made it a material condition,of acceptence,of Plea that the Defendant,the advised,as to the Length of the Minimum,senctence,and the Defendant not having been so advised,this Circumstance,alone,is sufficient to **WARRENT TO SETTING ASIDE THE PLEA.**

    9) **Although the Minutes of the Defendants,To pleas and the Imposition,of sentence,**indicates, **THAT AN OFFICIAL SPANISH INTERPRETER;WAS PRESENT ,NO SPANISH TRANSLATION;of THE Proceedings"in the records.  The Colloquy,of Court and COUNSEL for the Government and the Defendant,**the Allocution,by the Court,and Clerk,and the Defendants responses,thereto,all appear,in English a Language **Which the Defendant,DOES NOT READ,WRITE;Speak,or understand.**

    10) **TheRecord,of these Proceedings, is thus set out in a Language,Which is foreign and Unintelligible to the Defendant.**

    11) ON the Ground,alone,the Defendnat is entitled,to an Order,Vacating his Plea,and Sentence,and directing his rearraignment,to fore Pleading¿

    12) There is,however,a Related and Additional ground,why the incompleteness,of the record,hereinShould dicate,the Setting aside,of the Plea of Guilty,and of Sentences,as Well as Direct,the Defendants rearraignment.  The Defendant,has taken an Appeal,from the Judgment,of conviction,however,he cannot take such an appeal **INTELLIGENTLY;AND EFFECTIVELY;UPON AN Incomplete andDEFECTIVELY; RECORD?¿**

    13) **Because,of the Practice,not taking doewn,and Transcribing the Foreigh Translation,fo criminal Proceedings,defendant,who read,write, speakand Understand English enjoy a distinct,and decide,advantage,over** defendants,like the present accused,to Whom,this language,is a foregoing and unintelligible,idiom. This inequality represents,a denial,to the Defendant,of the Equal Protection,of

the laws,under the Fourteenth Amendment,to the Constitution,of the United States. The Absence,from the Record of the Spanish Translation,resulting in the INCOMPLETENESS,of this Record, constituttes,a denial OF DUE PROCESS,under both the Amendment,aforesaid as Well as the Constitutional Amendments,of this State;

14) For all the foregoing Reasons,the Within applicaiton,should be GRANTED;

Date: May-21-2003

### CERTIFICATE OF SERVICE

I, JOSE FIDEL TREVINO __,do so swear that Under penalty,of Perjury (18 US.C. £ 1o21,With Rule 49(b),Fed.R.Crim.P,that the foregoing is correct,and True,and that Petitioner,has so placed to the U.S.Mails,A Copy,to the U.S.Government.

_____ Pro se
JOSE FIDEL TREVINO
Box 9000/ 77403-079
Forrest city,Ar.,72336

( 4 )