UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 28 2003

Michael N. Milby
Clerk of Court

JOSE FIDEL TREVINO
    Petitioner

Vs.    )
    )    CASE: C.A. NO.B. -02 - 006
    )
    )    CR. NO.B.-00-276
U.S.A.    )

OBJECTIONS TO MAGISTRATE JUDGE'S ORDERS
ON DEFENDANTS MOTIONS,FOR A BILL OF PARTICULARS
AND FOR EARLY DISCLOSURE

    Now comes the Defendant JOSE FIDEL TREVINO ,pursuant to 28 U.S.C.£ 636(b)(1),Respectfully submits,the following Objections,to the Magistrate's Orders,dated,as is recorded,denying the Defendants Motion for a Bill of Particulars and Motion for Early, disclousre,of JENCKS ACT MATERIAL.,and Fed.R.Civ.P,Rule 15(a) (b)(c)(2).

## A. I N T R O D U C T I I O N

    The Instant Indictment Charges, JOSE FIDEL TREVINO - With some counts,of conspiracy,to Violate Title 21 U.S.C. 841(a)(1),and £ 846,Which carry a Statutoey Maximum of penalty of Twenty Years,Where there is no provable Quantify of Drugs,over the statutory Minimum Amounts. However,the Indictment also contains,a NOTICE;OF APPLICABILITY OF Title 21 U.S.C. £ 841(b)(1)(A)(ii),Which carriers, a Ten Year Mandatory Minimum Sentence;and a Maximum Life Sentence and further states,that the Conspiracy involved,more than Five Kilograms of Cocaine.

## B. ANALYSIS OF APPRENDI V; NEW JERSEY

    As set forth,in the Motions,considered,by the Magistrate,because,the Quantity of Drugs,is now essential element,of the offense,which the Government MUST PROVE BEYOND A REASONABLE DOUBT...ADEQUATE DISCOVERY REGARDING THE MANNER

in Which the Gvoenrment intends,to prove this element,is crucial both to the Defense,Counsl's ability to prepare a defense,any said quantity at trial,and to an assessment,of thevalidity of the indictment,and GRAND Jury Proceedings.

Most IMPORTANTLY;IT IS RESPECTFULLY **submitted,** that the Govenrment,inlight of APPRENDI,now has the burden of Producing excupaltory evidence,which would tend to show that a defendnat did not engage,in a conspiracy to distribute the mandatory minimum quantity,but saomething less. In other words;evidence,of the total Amount of drugs,distributed,by the Conspiracy would be insufficient to establish proof,beyond a Reasoanble doubt,that a particular defendnat invended,to engage,in a conspiracy to distribute,that amount. Therefore,disclosure,of any quantify calculations,and the identities;of the particular conspiractors; Who are alleged to have participated,in Each,individual transaction,become,critical discovery issues,for each defendant in a drug conspiracy. Furthermore,a defendant who has a minimal risk of being convicted,of a mandatoryminimum Quantify,might put the government,to its proof at trial,and rely,upon a Jury,and/or a Motion pursuant to Fed.Grim.P.Rule 29.

As a **Result of APPRENDI; there is an enhanced,Need,** on the Part,of a defendant,to discovery the evidence,upon Which **the** government,intends,to seek a Conviction at trail,and the evidence,prsented,to a Grand Jury. Only, AFTER reviewing all of the evidence,pertaining tot Quantity,can a defendant truly, make an informed,decision,to proceed to trial,and prepare for trial. The Motions,submitted,by the Undersigned,counsel,to the Magistrate,were designed to discovery this essential Information.

## CONCLUSION

Wherefore;based on the Foregoing,arguments,and authorities,this Honorable Court,is respectfully,urged,to order,the Govenrment,to provide, a Bill of particulars,and disclose ITS JENCKS ACT MATERIAL.

Date;May-20-2003

### CERTIFICATE OF SERVICE

I, JOSE FIDEL TREVINO  ,do so swear that I Have under Penalty of Perjury(18 U.S.C.£ 1621,With Rule 49(b),Fed.R.Crim.P,that the foregoing is true,and Correct,and that Petitioner,has so palced to the U.S.Mails,A Copy,to Government.

_____ Pro se
JOSE FIDEL TREVINO
Box 9000, 77403-079
Forrest City,Ar.,72334

( 2 )